UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOUKAT H ALI, *et. al*.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01260 TSZ<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF JOINT STATUS REPORT AND ANSWER DEADLINES |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from February 4, 2020 to April 3, 2020. The deadline for the filing of the Joint Status Report may also be extended from January 20, 2020, to March 20, 2020. Good cause exists for the requested extensions. The parties are working collaboratively to process plaintiff's visa application and, to that end, will need additional time to gather, submit and evaluate additional information requested by the agency. In addition, the parties are continuing to discuss the possible resolution of this matter.

//

//

//

//

Dated: January 31, 2020

Respectfully submitted,

United States Attorney's Office

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*/s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
United States Department of Justice
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel.: (206) 553-7970
Fax: (206) 553-4073
Email: Priscilla.Chan@usdoj.gov

*Attorney for Plaintiffs*

*Attorney for Defendants*

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on April 3, 2020, and the Joint Status Report is due on March 20, 2020.

DATED this 31st day of January, 2020.

_____
Thomas S. Zilly
United States District Judge