The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOUKAT H ALI, *et. al*.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01260 TSZ<br><br>THIRD STIPULATION AND ORDER FOR EXTENSION OF JOINT STATUS REPORT AND ANSWER DEADLINES |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from April 3, 2020 to June 2, 2020. The deadline for the filing of the Joint Status Report may also be extended from March 20, 2020, to May 19, 2020. Good cause exists for the requested extensions. Plaintiffs are about to appear at the Consulate for the final action interviews on March 20, 2020. In addition, the parties are discussing the possible resolution of this matter after such interview.

//

//

//

//

//

Dated: March 18, 2020

Respectfully submitted,

United States Attorney's Office

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Department of Justice
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Plaintiffs*

*Attorney for Defendants*

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on June 2, 2020 and the Joint Status Report is due on May 19, 2020.

DATED this 19th day of March, 2020.

Thomas S. Zilly
United States District Judge