The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOUKAT H ALI, *et. al*.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01260 TSZ<br><br>FOURTH STIPULATION AND ORDER FOR EXTENSION OF JOINT STATUS REPORT AND ANSWER DEADLINES |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from June 2, 2020 to August 3, 2020. The deadline for the filing of the Joint Status Report may also be extended from May 19, 2020, to July 20, 2020. Good cause exists for the requested extensions. In response to the COVID-19 pandemic, Department of State temporarily suspended routine visa services at all United States Embassies and Consulates effective March 20, 2020. *See* https://travel.state.gov/content/travel/en/News/visas-news/suspension-of-routine-visa-services.html. Accordingly, Plaintiffs' interview was cancelled and there is no expectation that any processing of Plaintiffs' case will resume until the resumption of normal visa operations. In addition, the parties are discussing the possible resolution of this matter after Plaintiffs' interview.

Dated: May 18, 2020

FOURTH STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINES (C19-01260 TSZ) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Respectfully submitted,

United States Attorney's Office

| | |
|---|---|
| *s/ Bart Klein* | */s/ Michelle R. Lambert* |
| BART KLEIN WSBA #10909 | MICHELLE R. LAMBERT |
| Law Offices of Bart Klein | NYS#4666657 |
| WSBA # 10909 | Assistant United States Attorney |
| 605 First Avenue South, Suite 500 | United States Department of Justice |
| Seattle, WA 98104 | 1201 Pacific Avenue, Suite 700 |
| Tel.: (206) 624-3787 | Tacoma, WA 98402 |
| Fax: (206) 624-6371 | Tel.: (253) 428-3824 |
| Bart.Klein@bartklein.com | Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on August 3, 2020 and the Joint Status Report is due on July 20, 2020.

DATED this 20th day of May, 2020.

_____
Thomas S. Zilly
United States District Judge