The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOUKAT H ALI, *et. al*.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01260 TSZ<br><br>FIFTH STIPULATION AND ORDER FOR EXTENSION OF JOINT STATUS REPORT AND ANSWER DEADLINES |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from August 3, 2020 to September 2, 2020. The deadline for the filing of the Joint Status Report may also be extended from July 20, 2020, to August 19, 2020. Good cause exists for the requested extensions. The consulate conducted Plaintiff's interview on June 25, 2020. The visa was not issued pursuant to Immigration and Naturalization Act Sections 212(f) and 215(a) in accordance with Presidential Proclamation ("PP") 10014 (and its successor order – PP 10052.) These proclamations suspend the entry of immigrant aliens into the United States. PP 10052 expires on 12/31/20 unless continued by the President, and the visa cannot be issued while the proclamation remains in effect. However, Plaintiff's counsel is submitting an application for an exemption to the PP that may allow the issuance of the visa. Plaintiff requests additional time to seek this exemption as it may resolve this matter in its entirety without the necessity of motion practice.

FIFTH STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINES (C19-01260 TSZ) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Dated: July 20, 2020

Respectfully submitted,

United States Attorney's Office

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Department of Justice
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Plaintiffs*

*Attorney for Defendants*

## ORDER

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on September 2, 2020 and the Joint Status Report is due on August 19, 2020.

DATED this 22nd day of July, 2020.

_____
Thomas S. Zilly
United States District Judge

FIFTH STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINES (C19-01260 TSZ) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800