UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHOUKAT H. ALI,

        Plaintiff,

  v.

MICHAEL RICHARD POMPEO, et al.,

        Defendants.

C19-1260 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to the parties' Sixth Stipulation and Order for Extension of Joint Status Report, docket no. 18, the Court EXTENDS the parties' Joint Status Report deadline to Monday, August 31, 2020.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of August, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1